IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **WILSON PEREZ,** | § | |
| **Petitioner,** | § | |
| | § | |
| | § | |
| **v.** | § | **EP-26-CV-01453-DB** |
| | § | |
| **WARDEN,** *ERO El Paso Camp East* | § | |
| *Montana, et al.,* | § | |
| **Respondents.** | § | |

## **ORDER**

On this day, the Court considered the above-captioned case. On June 8, 2026, Respondents filed a "Joint Status Report," ECF No. 8. Therein, the Parties advised they conferred regarding outstanding issues and Petitioner contends that Immigration and Customs Enforcement ("ICE") "imposed additional conditions of release that were not conditions of supervision prior to the most recent detention." ECF No. 8 at 1.

Accordingly, **IT IS HEREBY ORDERED** that Petitioner **SHALL FILE** any motions regarding outstanding issues **no later than July 1, 2026.**[1]

**IT IS FURTHER ORDERED** that Respondents **SHALL FILE** a response **no later than July 10, 2026.**

**IT IS FURTHER ORDERED** that should Petitioner wish to file a reply, Petitioner shall file a reply **no later than July 15, 2026.**

---

[1] The parties are advised that if any of the deadlines ordered herein fall on a Saturday, Sunday, or legal holiday, the compliance period continues to run until the end of the next day that is not a Saturday, Sunday, or legal holiday.

**IT IS FURTHER ORDERED** that should the Court not receive any motions or notices by July 1, 2026, the parties are **ADVISED** the Court will issue a final judgment in this matter.

**SIGNED** this **24th** day of **June 2026.**

_____
**THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**